IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL DIVISION

LORENZO WARREN,

CASE NO.:

Plaintiff,

v.

WAL-MART STORES EAST, LP,

Defendant.
_______________________/

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, LORENZO WARREN, by and through the undersigned counsel and hereby sues Defendant, WAL-MART STORES EAST, LP, ("WALMART") and alleges as follows:

1. This is an action for damages in excess of $50,000.00 (fifty thousand dollars and zero cents)[1].

2. Jurisdiction is properly with this Court under § 48.193(1)(a)(2) of the Florida Statutes.

3. Venue for this action is proper in Charlotte County, Florida under § 47.011 of the Florida Statutes as the incident and the actions giving rise to the causes of action occurred in Charlotte County, Florida.

4. At all times material to this action, Plaintiff, LORENZO WARREN, was and is a resident of Port Charlotte, Charlotte County, Florida.

---

[1] The Civil Cover Sheet required to be filed with this Complaint seeks at question No. 2 "the estimated amount of the claim, rounded to the nearest dollar." Plaintiff inserted $50,000.01 in order to comply with jurisdictional minimums, with the understanding that the actual value of this case is more than the jurisdictional minimum and increasing daily, and is therefore, not subject to a precise assessment or estimate as of the date of filing this Complaint.

EXHIBIT A

5. At all times material hereto, Defendant, WALMART, was a Foreign Limited Liability Company duly organized and existing under the laws of the State of Florida and duly authorized and licensed to do business in the State of Florida.

6. This claim arose out of an incident which occurred on or about February 17, 2025, in Port Charlotte, Charlotte County, State of Florida.

7. Defendant, WALMART, has submitted itself to the jurisdiction of the courts of the State of Florida under Section 47.011 and 64.022 of the Florida Statutes because Defendant, WALMART, has operated, conducted, engaged in, or carried on a business or business venture in this State, being that of a WALMART gas station and convenience store, located at 13435 South McCall Road in Port Charlotte, Florida 33981 (hereinafter referred to as "the Premises") opened to the general public, including the Plaintiff herein.

8. Plaintiff was walking in the store, while shopping, when he slipped and fell over a transitory foreign substance on the floor of the store, causing severe injuries.

9. At all times material, Defendant acted by and through their respective agents, servants and/or employees, who were acting in the course and scope of their employment.

**COUNT I**
**NEGLIGENCE AGAINST DEFENDANT,**
**WALMART, LLC**

10. Plaintiff re-alleges the allegations of Paragraphs 1 through 9 as if restated herein.

11. Defendant, WALMART, maintained, operated, and owned the facility where Plaintiff sustained severe injuries.

12. On or about February 17, 2025, Defendant WALMART, owed Plaintiff, LORENZO WARREN, a duty to maintain the premises in a reasonably safe condition, conduct regular inspections for hazards, repair defects, and warn of concealed dangers.

13. Defendant, WALMART was careless and negligent and did not use reasonable care in its duties to Plaintiff.

14. That Defendant, WALMART notwithstanding its aforementioned duties, but to the contrary, breached said duties by:

a. Creating the hazard at the premises;

b. Failing to provide a safe walkway for guests at the premises;

c. Carelessly and negligently permitting and allowing a condition to remain on the premises, which involved unreasonable risk of harm to another person;

d. Failing to warn of the dangerous condition;

e. Failing to correct or remove the aforementioned dangerous condition;

f. Failing to take reasonable precautions to guard or protect Plaintiff against dangerous or hazardous condition; and

g. Other acts of negligence not yet known.

15. As a direct and proximate result of the negligence of Defendant, WALMART, Plaintiff suffered permanent bodily injury, including aggravation or activation of pre-existing injuries, disease, or defect, resulting in pain and suffering, mental pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for enjoyment of life, the expense of hospitalization, medical care, nursing care and treatment, loss of wages, and loss of future earning capacity. The losses are permanent or continuing and Plaintiff will suffer these losses in the future.

**WHEREFORE,** Plaintiff, LORENZO WARREN, demands judgment against Defendant WALMART, for damages in an amount in excess of $50,000.00 (fifty thousand dollars and zero cents), plus post-judgment interest, attorneys' fees, where appropriate, taxable costs of these proceedings, and further demands a trial by jury on all issues so triable.

**Dated:** March 31, 2026

Respectfully submitted,

***/s/ Gregg Spagnolia***
Gregg Spagnolia, Esq
Florida Bar No. 1002634
gregg@jurewitz.com
Jurewitz Law Group
730 Sterling Avenue, Suite 305
Tampa, FL 33609
(T:) 855-438-7677
(F:) 888-233-3180